# STATE OF FLORIDA

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER. HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

## BUREAU of VITAL STATISTICS

## CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2024033408
**DATE ISSUED:** MARCH 18, 2024
**DATE FILED:** FEBRUARY 26, 2024

### DECEDENT INFORMATION

NAME: WILLIAM EDWARD WALES

DATE OF DEATH: FEBRUARY 14, 2024   SEX: MALE   SSN: ####-##-2055   AGE: 057 YEARS
DATE OF BIRTH: ######## 1966   BIRTHPLACE: MILAN, ILLINOIS, UNITED STATES
PLACE OF DEATH: DECEDENT'S HOME
FACILITY NAME OR STREET ADDRESS: 604 MILRAY DRIVE
LOCATION OF DEATH: WILDWOOD, SUMTER COUNTY, 34785
RESIDENCE: 604 MILRAY DRIVE, WILDWOOD, FLORIDA 34785, UNITED STATES   COUNTY: SUMTER
OCCUPATION, INDUSTRY: OWNER, LANDSCAPING
EDUCATION: HIGH SCHOOL GRADUATE OR GED COMPLETED   EVER IN U.S. ARMED FORCES? NO
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN
RACE: WHITE

### SURVIVING SPOUSE / PARENT NAME INFORMATION
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)

MARITAL STATUS: MARRIED
SURVIVING SPOUSE NAME: LORETTA A WILLIAMS
FATHER'S/PARENT'S NAME: KENNETH WALES
MOTHER'S/PARENT'S NAME: CAROL JUNE STEVENSON

### INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION

INFORMANT'S NAME: LORETTA A WALES
RELATIONSHIP TO DECEDENT: WIFE
INFORMANT'S ADDRESS: 604 MILRAY DRIVE, WILDWOOD, FLORIDA 34785, UNITED STATES
FUNERAL DIRECTOR/LICENSE NUMBER: WILLIAM C WARD III, F024497
FUNERAL FACILITY: BANKS PAGE-THEUS FUNERAL HOME F040007
410 WEBSTER ST, WILDWOOD, FLORIDA 34785
METHOD OF DISPOSITION: CREMATION
PLACE OF DISPOSITION: ORLANDO CREMATORY
ORLANDO, FLORIDA

### CERTIFIER INFORMATION

TYPE OF CERTIFIER: DISTRICT MEDICAL EXAMINER   MEDICAL EXAMINER CASE NUMBER: 240500465
TIME OF DEATH (24 HOUR): FOUND AT 1802   DATE CERTIFIED: MARCH 15, 2024
CERTIFIER'S NAME: CHANTEL YEVALA NJIWAJI
CERTIFIER'S LICENSE NUMBER: ME109092
NAME OF ATTENDING PRACTITIONER (IF OTHER THAN CERTIFIER): NOT APPLICABLE

### CAUSE OF DEATH AND INJURY INFORMATION

MANNER OF DEATH: NATURAL
CAUSE OF DEATH - PART I - AND APPROXIMATE INTERVAL: ONSET TO DEATH
a. SUDDEN CARDIAC DYSRHYTHMIA OF UNKNOWN ETIOLOGY
b.
c.
d.

PART II - OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I:
STAGE IV ORAL CANCER STATUS POST TOTAL MAXILLECTOMY, NEPHROLITHIASIS

AUTOPSY PERFORMED? YES   AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH? YES
DATE OF SURGERY:   DID TOBACCO USE CONTRIBUTE TO DEATH? No
REASON FOR SURGERY:
PREGNANCY INFORMATION: NOT APPLICABLE
DATE OF INJURY: NOT APPLICABLE   TIME OF INJURY (24 HOUR):   INJURY AT WORK? NO
LOCATION OF INJURY:
DESCRIBE HOW INJURY OCCURRED:

PLACE OF INJURY:
IF TRANSPORTATION INJURY, STATUS OF DECEDENT:   TYPE OF VEHICLE:

, STATE REGISTRAR

REQ: 2026309896

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.

**WARNING:** THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THIS DOCUMENT WILL NOT PRODUCE A COLOR COPY.

*6142843*

DH FORM 1947 (08/01/2022)

### CERTIFICATION OF VITAL RECORD


Florida HEALTH